**DeShawn MOORE, Plaintiff–Appellant,**

v.

**SOUTHWEST VIRGINIA REGIONAL JAIL HAYSI FACILITY, Defendant–Appellee.**

**No. 09–6759.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 27, 2009.

DeShawn Moore, Appellant Pro Se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeShawn Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Southwest Va. Reg'l Jail Haysi Facility,* No. 7:09–cv–00111–gec–mfu, 2009 WL 1009794 (W.D.Va. Apr. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*